

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 1 9 2007

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | |
| STUART ROSOFF          (1) | § | **307 CR 0196-B** |
|  a/k/a "Michael Knight" | § | |
| JASON TROWBRIDGE       (2) | § | **FILED UNDER SEAL** |
|  a/k/a "Jason from California" and | § | |
| "John from California" | § | |
| CHAD WARD             (3) | § | |
| a/k/a "Dark Angel" | § | |
| ANGELA ROBBERSON      (4) | § | |
| a/k/a "Amber" and "Lil Miss Angela" | § | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Use Access Devices to Modify Telecommunications
Instruments and to Access Protected Telecommunications Computers
(Violation of 18 U.S.C. § 371 (18 U.S.C. §§ 1029(a)(9) and 1030(a)(5)(A)(ii))

Beginning in or about January 2004 and continuing through the date of the

indictment, in the Dallas Division of the Northern District of Texas and elsewhere,

defendants, **Stuart Rosoff**, also known as Michael Knight, **Jason Trowbridge**, also

known as Jason from California and John from California, **Chad Ward**, also known as

Dark Angel, and **Angela Robberson**, also known as Amber and Lil Miss Angela, did

unlawfully, willfully, and knowingly combine, conspire, confederate and agree among

themselves and with each other and with other persons known and unknown to the Grand

Jury, to commit offenses against the United States, to wit: (1) to knowingly use, traffic in,

possess and control hardware and software, knowing it had been configured to modify

telecommunication identifying information associated with and contained in a

telecommunications instrument so that such instrument could be used to obtain

telecommunications service without authorization in violation of 18 U.S.C. § 1029(a)(9);

and (2) to intentionally access a protected computer, as that term is defined at 18 U.S.C. §

1030(e)(2)(B), without authorization, and as a result of such conduct, recklessly cause

damage in violation of 18 U.S.C. § 1030(a)(5)(A)(ii).

<u>Manner and Means</u>

2. It was part of the conspiracy that:

A.      Defendants, **Rosoff**, **Trowbridge**, **Ward, Robberson**, along with other

persons known and unknown to the Grand Jury, were members of and participated in a

telephone chat/party line in which they taught participants how to make false 911 calls or

"swatting" calls which concealed the true caller identification information (Caller I.D.)

and which made false reports of violent crimes designed to elicit a police Special

Weapons And Tactics squad (SWAT) response to the addresses of targeted members of

the telephone chat/party line, their family members and others.

B.      Defendant **Rosoff** was highly-skilled at manipulating telephone systems and

networks, i.e. a "phone phreaker." **Rosoff** used "social engineering" or subterfuge to

acquire sensitive information from telephone service providers by impersonating

telephone company employees.  The sensitive information obtained by **Rosoff** enabled

him to exploit telephone network computer servers by: (1) obtaining subscriber

information; (2) altering billing information and phone service plans; and (3) redirecting,

changing service charges and discontinuing phone service. **Rosoff** participated in the conspiracy by: (1) directing and instructing coconspirators on the technical aspects of "spoofing" Caller I.D. for "swatting" 911 calls; (2) targeting victims for "swatting" 911 calls; 3) possessing and trafficking in "spoof" cards to conceal Caller I.D. ; (4) obtaining unauthorized access to telecommunication facilities in order to obtain personal identification information, toll records, call histories and billing information of victims for "swatting" 911 calls; (5) participating in "swatting" 911 calls; and (6) extorting money and services from the victims of "swatting" 911 calls. **Rosoff** also extorted money from other telephone chat/party line participants by threatening to "swat" them or use his skill to interfere with their telephone services.

C.      M. W., also known as "Little Hacker," a minor person known to the Grand Jury, who was a member of the telephone chat/ party line, and who was also a "phone phreaker," made unauthorized access to telecommunications systems for the purpose of: (1) "spoofing" Caller I.D. so that "swatting" 911 calls could be made by himself, **Rosoff**, **Trowbridge**, **Ward** and other persons known and unknown to the Grand Jury; (2) making unauthorized interceptions of private third-party electronic communications by participants in the telephone chat/party line; (3) fraudulently obtaining telephone services from telecommunications companies for himself, **Rosoff**, **Trowbridge** and others; (4) fraudulently terminating services to telecommunications customers without authorization at the request of defendants **Rosoff**, **Trowbridge**, **Ward** and others; (5) obtaining personal identification information of targeted victims from telecommunications companies without authorization to facilitate "swatting" 911 calls; (6) participating in

"swatting" 911 calls; and (7) making threats of "swatting" 911calls to obtain phone sex and money from other telephone chat/party line participants.

D.      Defendant **Ward** participated in the conspiracy by: (1) purchasing and trafficking in commercially available "spoof" cards, i.e. commercially available access devices used to conceal the true Caller I.D., for use in "spoofing" Caller I.D. to make "swatting" 911 calls; (2) offering to provide and providing financing to coconspirators to make false 911 calls; (3) targeting victims for "swatting" by himself and others; and (4) participating in "swatting" 911 calls made by the conspirators.

E.      Defendant **Trowbridge** participated in the conspiracy by: (1) exceeding authorized access to Lexis/Nexis, a commercial database, in order to obtain personal identification information, i.e. telephone numbers, addresses and names of targeted victims and their family members for use in "swatting" 911 calls; (2) participating in "swatting" 911 calls made by himself and others; (3) targeting victims for "swatting;" and (3) purchasing "spoof" cards for use in making "swatting" 911 calls.

F.      Defendant **Robberson** participated in the conspiracy by: (1) targeting victims for "swatting", and (2) providing personal identification information, i.e. telephone numbers, address and names of targeted victims and their family members for use in "swatting" 911 calls.

G.      Defendants **Rosoff**, **Trowbridge**, **Ward**, along with persons known and unknown to the Grand Jury, fabricated emergency scenarios involving violence which were reported to the 911 operators to solicit SWAT responses to the targeted victims' physical addresses.

H.     Defendant **Rosoff** and M. W. "slammed" or changed victims'

telecommunications providers without authorization; terminated victims'

telecommunications services without authorization; initiated and modified

telecommunications services for **Rosoff**, **Ward**, **Trowbridge** and other persons known

and unknown to the Grand Jury without the authorization of the telecommunications

providers or account holders.

<u>Overt Acts</u>

In furtherance of the conspiracy and to achieve its objects, defendants **Rosoff**,

**Trowbridge**, **Ward**, **Robberson**, along with persons known and unknown to the Grand

Jury, committed and caused to be committed, among others, the following overt acts in

the Northern District of Texas, and elsewhere:

1.     In or about June, 2006, defendant **Trowbridge** made unauthorized access to

a commercial database for the purpose of obtaining the address of a targeted telephone

chat/party line participant, known to the Grand Jury, and her parents, in order to provide

that information to Guadalupe Santana Martinez who initiated a "swatting" 911 call,

directing a SWAT response to the parents' address in Alvarado, Texas.

2.     On or about June 12, 2006, Guadalupe Santana Martinez called the 911

emergency services for the City of Cleburne, Texas, using a commercially available spoof

card provided by defendant **Ward**, and a Skype phone (a VoIP or voice over internet

protocol telephone service). Martinez identified himself to the 911 operator as the father

of the targeted telephone chat/ party line participant, and stated that he had shot and killed

members of the family, that he was holding hostages, that he was using hallucinogenic

drugs, that he was armed with an AK47, and he demanded $50,000 and transportation

across the U.S. border to Mexico or he would kill the remaining hostages. Martinez

placed the call from outside the State of Texas using VoIP and a spoof card to conceal his

true identity, in order to make it appear to emergency services that the call was a true

emergency from the address associated with the telephone identification number that had

been spoofed.

      3.     In or about July, 2006 defendant **Trowbridge** made unauthorized access to

the Lexis/Nexis database for the purpose of obtaining personal information on a targeted

individual who lived in Alabama, and provided the information to defendant **Rosoff**.

      4.     In or about September 2006, defendant **Trowbridge** asked Guadalupe

Santana Martinez to "swat" defendant **Ward**, and provided Martinez with **Ward's** full

name, address, and telephone number. In payment for swatting **Ward**, **Trowbridge**

provided Martinez with the address, phone number and full name of another telephone

chat/party line participant. The "swatting" 911 call was made by Martinez from the

telephone chat/party line and listened to by **Trowbridge**, **Rosoff** and other persons known

and unknown to the Grand Jury.

      5.     In or about September 2006, defendant **Ward** offered Guadalupe Santana

Martinez $500 to "swat" defendant **Trowbridge**.

      6.     On or about October 1, 2006, in a telephone chat/party line room, defendant

**Ward** offered $300 to anyone who would "swat" a targeted telephone chat/party line

participant. Martinez agreed to make the "swatting" 911 call, and defendants **Ward** and

**Trowbridge** listened in on the call. **Rosoff** provided Guadalupe Santana Martinez with

Indictment (Rosoff, et al.) - Page 6

the address which **Rosoff** had obtained from the unauthorized monitoring of the targeted person's calling information through an "in-bounce trace" on a telephone systems server. During the "swatting" call, Martinez called the 911 emergency services for the City of Fort Worth, Texas and identified himself as the father of the targeted individual, and again stated that he had shot and killed members of the targeted individual's family, that he was holding hostages, that he was using hallucinogenic drugs, that he was armed, and he threatened to kill the remaining hostages. Martinez spoofed his Caller I.D..

7.      On or about October 6, 2006, M. W. made an unauthorized access to the Network Operations Center at the Verizon Provisioning Center located at Irving, Texas to obtain information for use in concealing Caller I.D. by the coconspirators and to obtain personal identity information for targeting victims.

8.      On or about October 8, 2006, M. W. made an unauthorized access to the computer equipment of CTS Telecommunications, a subdivision of AT&T, in Grand Prairie, Texas to obtain information for use in concealing Caller I.D. and to obtain personal identity information for targeting victims.

9.      On or about November 22, 2006, defendant **Ward** offered Guadalupe Santana Martinez $300 if Martinez would make another "swatting" 911 call to the parents of a targeted telephone chat/party line participant.  At the time that Ward made the offer to Martinez in exchange for Martinez making a "swatting" 911 call to the target's parents, **Ward** knew that previous "swatting" 911 calls had caused injuries.

10.      In or about October 2006, defendant **Robberson** obtained personal identity information for use in targeting "swatting" 911 calls.

Indictment (Rosoff, et al.) - Page 7

11.   In or about October 2006, defendant **Robberson** warned defendant

**Trowbridge** not to leave additional voice mail threats to **Ward**, who they were targetting

for a "swatting" 911 call, in order to conceal their planned criminal conduct.

All in violation of 18 U.S.C. § 371 (18 U.S.C. §§ 1029(a)(9) and

1030(a)(5)(A)(ii)).

A TRUE BILL

FOR**REDACTED**

RICHARD B. ROPER
UNITED STATES ATTORNEY
By:

LINDA C. GROVES
Assistant United States Attorney
Texas Bar No. 08553100
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile:  214.767.2846
Linda.Groves@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 1 9 2007

CLERK, U.S. DISTRICT COURT

By _____ Deputy

UNITED STATES OF AMERICA

v.

**3 07 CR 0 1 9 6 - B**

STUART ROSOFF (1)
JASON TROWBRIDGE (2)
CHAD WARD (3)
ANGELA ROBBERSON (4)

SEALED INDICTMENT

18 U.S.C. § 371 (18 U.S.C. §§ 1029 (a)(9) and 1030(a)(5)(A)(ii)
Conspiracy to use access devices to modify telecommunications
instruments and to access protected telecommunications computers

1 Count

A true bill rendered:

**REDACTED**

DALLAS

Filed in open court this _19_ day of ___Jun___, A.D. 2007.

_____ Clerk

Issue Arrest Warrant

Wm. J. Sanderson Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Pending Criminal Complaint

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number   N/A

R 20 from District of   N/A

Magistrate Case Number   N/A

**3 07 CR 0 1 9 6 - B**

1.  **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name    ANGELA ROBBERSON aka Amber

Alias Name    LA

Address    _Unis NY Co_

**REDACTED**

County in which offense was committed: _____

2.  **U.S. Attorney Information**

AUSA   LINDA GROVES    Bar #   08553100

3.  **Interpreter**

☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4.  **Location Status**   last known address

Arrest Date   Issue arrest warrant

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant: ____1____   ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC 371 | Conspiracy | 1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(May be continued on reverse)

Date   6/12/7    Signature of AUSA:   Linda C Groves

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☐ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number   N/A

R 20 from District of   N/A

Magistrate Case Number  N/A

3 07 CR 0 1 9 6 - B

REDACTED

1.  **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes   ☐ No

Defendant Name   Chad Ward

Alias Name   _____

Address   See last known address below

County in which offense was committed:   Dallas and elsewhere.

2.  **U.S. Attorney Information**

AUSA   LINDA GROVES          Bar #   08553100

3.  **Interpreter**

☐ Yes  ☒ No     If Yes, list language and/or dialect: _____

4.  **Location Status**   last known address

REDACTED

Arrest Date   Issue arrest warrant

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant: ____1____   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC 371 | Conspiracy | 1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(May be continued on reverse)

Date   6-12-7          Signature of AUSA:   Linda C Groves

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No  New Defendant: ☐ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____

Search Warrant Case Number __N/A__

R 20 from District of __N/A__

Magistrate Case Number __N/A__

**3 07 CR 0196 - B**

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name  __JASON TROWBRIDGE__

Alias Name  _____

Address  _____

__Last Known__

**REDACTED**

County in which offense was committed: _____

2. **U.S. Attorney Information**

AUSA  __LINDA GROVES__    Bar #  __08553100__

3. **Interpreter**

☐ Yes ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

Arrest Date  __Issue arrest warrant__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: __1__    ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| _18 USC § 371_ | _Conspiracy_ | _1_ |
| | | |
| | | |
| | | |
| | | |

(May be continued on reverse)

Date  __6/12/07__    Signature of AUSA: __Linda Groves__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| Related Case Information |
|---|
| Superseding Indictment: ☐ Yes ☐ No    New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____ |
| Search Warrant Case Number __N/A___ |
| R 20 from District of __N/A___ |
| Magistrate Case Number __N/A___ |

**3 07 CR 0 1 9 6 - B**

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes  ☐ No

   Defendant Name _Stuart F. Roseff_

   Alias Name _Michael Knights; Michael Moss; Samuel Moore_
   _Samuel Elles_

   Address _Last known address_

   **REDACTED**

   County in which offense was committed: _Dallas_

2. **U.S. Attorney Information**

   AUSA _Linda Groves_          Bar # _08553100_

3. **Interpreter**

   ☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status** _unknown_

   Arrest Date _Issue arrest warrant_

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: ___1___  ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | _18 USC 371_ | _Conspiracy_ | _1_ |
   | | | |
   | | | |
   | | | |
   | | | |

   (May be continued on reverse)

   Date _6/12/7_          Signature of AUSA: _Linda C Groves_